BYXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                    §
                                          §
                                          §   Case No.:
                                          §
                                          §
                                          §
            Debtor(s)                     §
                                          §

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

_____        _____
Date                                        Signature of Attorney (if applicable)


  /s/ Farroukh Zaidi
_____        _____
Signature of Debtor                         Debtor's Social Security *(last four digits only)* /Tax ID No.


_____        _____
Signature of Joint Debtor (if applicable)   Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

```
1-800-Radiator & A/C
2626 Northhaven Road
Dallas, TX 75229

A-Discount Glass
847 County Rd. 6055
Houston, TX 77535

Advance Auto Parts
10200 East Irving Blvd.
Irving, TX 75060

Advance Truck Parts Online
45 Green Acres Dr.
Candler, NC 28715

Aggregate Towing
2320 N Houston St., Apt. 901
Dallas, TX 75219

AK Glass and Auto Glass Inc.
2270 Manana Dr.
Dallas, TX 75220

AmeriCredit Financial Services, Inc.
dba GM Financial
PO Box 183593
Dallas, TX 76096

Armor-X Limited



Bridgestone Americas
PO Box 730026
Dallas, TX 75247

Bruckners (V)
3611 Irving Blvd.
Dallas, TX 75247

Cavalier Co.
196 Mark Lane
Royse City, TX 75189

City of Dallas
1500 Marilla St.
Dallas, TX 75201

Conlan Tire Houston
3300 N McCarty St.
Houston, TX 77029

Continental Tire
```

```
1830 MacMillian Park Dr.
Fort Mill, SC 29707

Cummins
PO Box 772642
Detroit, MI 48277-2642

Dallas County
500 Elm St., Suite 3300
Dallas, TX 75202

Dallas ISD
9400 N Central Expwy
Dallas, TX 75231

Daltex Trailer Repair
3124 Partridge Ct.
Grand Prairie, TX 75052

Dhollandia
270 Southridge Parkway
Bessemer City, NC 28016

Ellis Color Supply #1
11570 Reeder Rd.
Dallas, TX 75229

Farroukh Zaidi
10733 Spangler Rd.
Dallas, TX 75220

First Capital Bank of Texas
5580 LBJ Freeway, Suite 100
Dallas, TX 75240

Fleetpride Truck and Trailer Parts
601 W Mockingbird Lane
Dallas, TX 75247

Geoff Beveridge
661 E Main St., Suite 200
Midlothian, TX 76065

Grainger
8321 John W Carpenter Fwy
Dallas, TX 75247-4724

H&D Distributors
1373 Round Table Dr.
Dallas, TX 75247

Hose Tech USA
2770 E Grauwyler, Suite 1500
Irving, TX 75061
```

```
HYLIION
1202 BMC Dr., Suite 100
Cedar Park, TX 78613

Imperial Supplies LLC
PO Box 5362
Janeville, WI 53547-5362

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce St., Room 9B8
Dallas, TX 75242

Marcel Pradella
2124 Dogwood Creek Ave.
Yukon, OK 73099

Metroplex Welding Supply
1970 W Northwest Hwy
Dallas, TX 75220

MI-SHER (NAPA)
1301 W Northwest Hwy
Grapevine, TX 76051

Mid South Engine & Power Systems LLC
2233 Solona St.
Haltom City, TX 76117

Mike Albert, Ltd.
10340 Evendale Dr.
Cincinnati, OH 45241-2564

Mitsubishi HC Finance


Natalia V Volikova
c/o Robert M Clark, Esq.
4627 N US 75, Central Expy
Suite 1000
Dallas, TX 75205

Natural Gas Logistics Inc.
10733 Spangler Rd.
Dallas, TX 75220
```

Natural Gas School Bus, LLC
10733 Spangler Rd.
Dallas, TX 75220

Natural Gas Supply, LLC
10733 Spangler Rd.
Dallas, TX 75220

NGV Administrative and Human Resources
10733 Spangler Rd.
Dallas, TX 75220

NGV Global Group, Inc.
10733 Spangler Rd.
Dallas, TX 75220

Northwest Propane
1515 West Beltline Rd., Suite 100
Carrollton, TX 75006

NVG Global Group, Inc.
10733 Spangler Rd.
Dallas, TX 75220

Omnitek Engineering Corp.
1345 Specialty Dr., #E
Wista, CA 92081

PDQ Staffing, Inc.
4444 Jefferson Blvd., Suite 624
Dallas, TX 75211

Premium Truck Group of Dallas No.
PO Box 840827
Dallas, TX 75284-0827

Recappers (V)
2360 E Grauwyler Rd.
Irving, TX 75061

Repeat Business Systems
1565 W Main St.
Lewisville, TX 75067

Rush Truck Center
109 Cundiff Dr.
Seagoville, TX 75159

Signage Systems
7900 Ferguson Rd.
Dallas, TX 75228

Snap On
12617 E FM917 Suite E

Alvarado, TX 76009

Southern Tire Mart
816 W Mockingbird Ln
Dallas, TX 75247

Southwest International Truck (V)
3722 Irving Blvd.
Dallas, TX 75247

T. J. Yarbourogh
1121 Beechview, Apt. 2213
Dallas, TX 75218

U-line
PO Box 88741
Chicago, IL 60680-1741

Unifirst
PO Box 650841
Dallas, TX 75265-0481

Utility Trailer Sales
PO Box 24399
Houston, TX 77229

Valvoline
3221 E Arkansas Lane
Suite 150
Arlington, TX 76010

Waste Connections, Inc.
12150 Garland Rd.
Dallas, TX 75218

Z & Son Transmission & Mechanics
10418 C.F. Hawn Frwy
Dallas, TX 75217

Zeit Energy
1024 Luke St.
Irving, TX 75061-4002