# Balance Sheet

Natural Gas Vehicles Texas, Inc.
As of February 28, 2023

| Account | Feb 28, 2023 |
|---|---|

## Assets

| | |
|---|---|
| **Current Assets** | |
| **Cash and Cash Equivalents** | |
| First Capital Bank of TX NGV | 8.96 |
| Spectra Business - 39 NGV | 116.26 |
| Wallis State Bank Checking NGV | 2,475.66 |
| **Total Cash and Cash Equivalents** | **2,600.88** |
| Accounts Receivable | 221,719.62 |
| Allowance for doubtful accounts | (12,566.10) |
| Certificate of Deposit | 251,769.15 |
| Due from Employees | 46,916.17 |
| Due from NGV Global Group | 12,500.00 |
| Due from NGV Real Estate | 150,000.00 |
| Parts Inventory | 2,414,285.28 |
| Prepaid expenses | (6,108.06) |
| WIP  Stock | 66,633.05 |
| WIP Reserve | (206,067.88) |
| WIP Shipping | 198,888.31 |
| **Total Current Assets** | **3,140,570.42** |
| **Intercompany Accounts** | |
| I/C Due to / Due Fr Global / NGVT | (1,729,525.75) |
| I/C Due To / Due Fr HR & Admin/NGVT | (1,909,587.75) |
| I/C Due To / Due Fr NGS/NGVT | 10,762,833.93 |
| I/C Due To / Due Fr Wing/NGVT | 1,541,138.21 |
| I/C Due To / Fr IVSL/NGVT | (27,067.69) |
| I/C Due to /Due fr NGL/NGVT | 9,831,862.14 |
| **Total Intercompany Accounts** | **18,469,653.09** |
| **Fixed Assets** | |
| Equipment and machinery | 1,070,016.14 |
| Furniture and Fixtures | 319,931.62 |
| Leasehold improvements | 3,599,765.16 |
| Less Accumulated Depreciation | (2,091,496.43) |
| Office Equipment | 16,199.90 |
| Vehicles and Transportation Equipment | 695,855.93 |
| **Total Fixed Assets** | **3,610,272.32** |
| **Long Term Assets** | |
| Construction in progress | 276,037.50 |
| Investment in Collectibles | 964,700.00 |
| Notes receivable - Iljin Components | 97,751.55 |
| Right of use asset | 699,504.40 |
| **Total Long Term Assets** | **2,037,993.45** |
| **Total Assets** | **27,258,489.28** |

## Liabilities and Equity

| | |
|---|---|
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 948,889.83 |
| Accrued interest payable | 21,812.79 |
| Deferred Revenue | 4,591.60 |
| Deferred Tax Liability | 369,524.40 |
| DeSoto Business Checking NGV | 4.73 |
| Due to Shareholder(s) | 333,347.56 |
| Other payables | 138.73 |
| Rounding | (10,133.21) |
| Sales Tax | 21,878.47 |
| State and Local Income Tax Payable | 15,295.97 |
| **Total Current Liabilities** | **1,705,350.87** |
| **Long Term Liabilities** | |
| Loan | (81,424.86) |
| Note Payable - First Capital Bank (NGV) | 2,809,535.37 |
| Note Payable - Simmons (Small Loan) | (2,473.00) |
| Note Payable -Cheverolet | 65,473.19 |

# Balance Sheet

Natural Gas Vehicles Texas, Inc.

As of February 28, 2023

| Account | Feb 28, 2023 |
|---|---|
| Note Payable-Mitsubishi HC Capital | 19,428.01 |
| **Total Long Term Liabilities** | **2,810,538.71** |
| **Total Liabilities** | **4,515,889.58** |
| **Equity** | |
| Accumulated other comprehensive income | 401,570.00 |
| Common Stock | 1,000.00 |
| Current Year Earnings | 87,789.71 |
| Paid-in capital in excess of par | 5,653,691.98 |
| Retained Earnings | 16,598,548.01 |
| **Total Equity** | **22,742,599.70** |
| **Total Liabilities and Equity** | **27,258,489.28** |

_Notes:_

_Amounts are unaudited and per the Company's internal accounting records._

_I/C balances are unverified and may not balance between entities._

_I/C asset accounts have been separated out from current assets._

_Bank balances listed in current liabilities are negative cash balances that the accounting system assigns as a liability rather than an asset._

# Income Statement (Profit and Loss)

Natural Gas Vehicles Texas, Inc.

For the month ended February 28, 2023

| Account | Feb 2023 |
|---|---|
| **Income** | |
| General Labor | 82,725.00 |
| Parts Revenue | 70,642.52 |
| **Total Income** | **153,367.52** |
| | |
| **Cost of Goods Sold** | |
| COS Tolls | 429.74 |
| Cost of materials used | 47,643.28 |
| Fuel costs | 624.14 |
| General Expenses | 4,637.93 |
| Non Inventory Use | 7,824.72 |
| Spoilage | 198.60 |
| **Total Cost of Goods Sold** | **61,358.41** |
| | |
| **Gross Profit** | **92,009.11** |
| | |
| **Operating Expenses** | |
| Bank Service Charges | 900.69 |
| Depreciation | 42,367.77 |
| Note Interest Expense | 976.28 |
| Penalties and Fines | 84.93 |
| Shipping Expense | 300.00 |
| Software license fees | 2,208.96 |
| Uniforms | 1,520.00 |
| Utilities | 624.69 |
| **Total Operating Expenses** | **48,983.32** |
| | |
| **Operating Income** | **43,025.79** |
| | |
| **Net Income** | **43,025.79** |

*Notes:*

*Amounts are unaudited and per the Company's internal accounting records.*

*MOR Part 7 (c and g) Debtor entities routinely pay affiliate entities for allocable share of overhead and employee expenses; debtors have obtained and repaid short-term affiliate loans in the ordinary course of business to meet operating expenses.*



**FirstCapital Bank** *of* **Texas**
*You above all.*

3900 SOUTH SONCY   AMARILLO, TEXAS  79119

**ADDRESS SERVICE REQUESTED**

>001610 3097140 0001 92227 10Z

00079502
Q382

NATURAL GAS VEHICLES TEXAS, IN
10733 SPANGLER RD
DALLAS TX 75220-7101

*Statement Ending 02/28/2023*

Natural Gas Vehicles Texas, In                          Page 1 of 4
**Customer Number:XXXXXXXX0245**

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | LBJ Freeway Branch |
| | Mailing Address | 5580 LBJ Freeway Ste. 100 Dallas, TX 75240 |
| 💻 | Website | FCBTexas.com |
| ✉ | Email | customerservice@fcbtexas.com |
| 👤 | Phone | 844-FCB-TEXAS 844-322-8392 |

# Happy Easter!

Please remember, TellerConnect services will be closed
**Sunday, April 9, 2023** in observance of the Easter holiday.

FCBTexas.com | 844.322.8392

## Summary of Accounts



Managing your accounts at FirstCapital has never been so easy! With online banking you can check balances, make transfers between accounts, pay bills online and so much more! Take control of your banking, enroll today at fcbtexas.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| 1ST COMMERCIAL CKING | XXXXXXXX0245 | $8.96 |



Member
**FDIC**

Natural Gas Vehicles, LLC    XXXX39-XX0245    Statement Ending 02/28/2023    Page 2 of 4

CSTMTADV 1071 0001 127 07 20230301 PG 1 OF 2
00079352    46242043.2    0-0

# IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR PERSONAL ACCOUNT

Telephone us at 844-FCB-TEXAS (844-322-8392) or write us at:

FirstCapital Bank of Texas, N.A.
Attn: Deposit Operations
P.O. Box 51740
Amarillo, TX 79159

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

| | | CHECKS OUTSTANDING | |
|---|---|---|---|
| | | NO. | AMOUNT |
| **YOUR BALANCE** SHOWN ON THIS STATEMENT | $ _____ | | |
| **ADD +** (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT | $ _____ | | |
| **TOTAL** | $ _____ | | |
| **SUBTRACT -** (IF ANY) CHECKS OUTSTANDING | $ _____ | | |
| **BALANCE** | $ _____ | | |
| SHOULD AGREE WITH YOUR CHECK BOOK BALANCE | | TOTAL | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT ON YOUR PERSONAL ACCOUNT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
(1) Your name and account number.
(2) Tell us the dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.
PLEASE EXAMINE THIS STATEMENT AT ONCE.
If no error is reported within 60 days, the account will be considered correct.
PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.



**FirstCapitalBank** of Texas
*You above all.*

3900 SOUTH SONCY   AMARILLO, TEXAS  79119

*Statement Ending 02/28/2023*

Natural Gas Vehicles Texas, In
Customer Number:XXXXXXXX0245

*Page 3 of 4*



# Stay Informed of Important Updates!

Stay informed by ensuring your contact information is up to date within Online
Banking. Log into Online Banking to edit your profile information such as your
email address and phone number. If you've moved, you can also complete a
**Change of Address** form on our website.



**FCBTexas.com | 844.FCBTEXAS | Member FDIC**

## 1ST COMMERCIAL CKING-XXXXXXXXX0245

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2023 | Beginning Balance | $0.50 |
| | 2 Credit(s) This Period | $164,320.78 |
| | 6 Debit(s) This Period | $164,312.32 |
| 02/28/2023 | Ending Balance | $8.96 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/06/2023 | MERCHANT DEP0SIT | $82,337.10 |
| 02/23/2023 | MERCHANT DEP0SIT | $81,983.68 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/08/2023 | QUARTERLY FEE PAYMENT 0000 | $880.72 |
| 02/08/2023 | Business Online Transfer to | $8,000.00 |
| 02/09/2023 | Business Online Transfer to | $70,000.00 |
| 02/15/2023 | POS Purchase 02/14 1711 PA STATE.PA.US PTC EZPASS CSC WEB IV SEQ# | $251.60 |
| 02/21/2023 | Business Online Transfer to | $3,200.00 |
| 02/23/2023 | Business Online Transfer to | $81,980.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/06/2023 | $82,337.60 | 02/09/2023 | $3,456.88 | 02/21/2023 | $5.28 |
| 02/08/2023 | $73,456.88 | 02/15/2023 | $3,205.28 | 02/23/2023 | $8.96 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $105.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |

Natural Gas Vehicles Texas Io                XXXXXXXX0245              Statement Ending 02/28/2023              Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

Bank of DeSoto

P.O. Box 7777
DeSoto, Texas 75123

**RETURN SERVICE REQUESTED**

>000083 3096160 0001 93147 10Z

NATURAL GAS VEHICLES TEXAS INC
DBA AUTO CHECK
10733 SPANGLER RD
DALLAS TX 75220-7101

*Statement Ending 02/28/2023*

NATURAL GAS VEHICLES TEXAS                *Page 1 of 2*
*Account Number:* ■342

## Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Phone Number | (972) 780-7777 |
| ✉ | Address | 2011 N. Hampton Rd. Desoto, TX 75115 |
| 💻 | Website | www.bankdesoto.com |
| ▦ | Telebank 24/7 | (972) 780-8686 |

## Summary of Account

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL | ■6342 | -$4.73 |

# COMMERCIAL-■6342

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2023 | Beginning Balance | -$4.75 |
| | 1 Credit(s) This Period | $10.00 |
| | 1 Debit(s) This Period | $9.98 |
| 02/28/2023 | Ending Balance | -$4.73 |

Please contact us using one of the methods above to request your Privacy Policy and Account Disclosures.

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 02/03/2023 | TRANSFER FROM CHECKING ■8652 | $10.00 |
| | | 1 item(s) totaling $10.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/28/2023 | SERVICE CHARGE | $9.98 |
| | | 1 item(s) totaling $9.98 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 02/03/2023 | $5.25 | 02/28/2023 | -$4.73 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |



Member
**FDIC**
EQUAL HOUSING LENDER



Case 22-42781-mxm11   Doc 39-1   Filed 04/06/23   Entered 04/06/23 00:40:09   Desc
Attachment   Page 9 of 19

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.
(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

**BANK BALANCE**
SHOWN ON THIS STATEMENT $ _____

**ADD +** (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT          _____

**TOTAL**          _____

**SUBTRACT –** (IF ANY)
CHECKS OUTSTANDING          _____

**BALANCE**          $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE ◄

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

**CHECKBOOK BALANCE**
SHOWN ON THIS STATEMENT $ _____

**SUBTRACT –** (IF ANY)
ACTIVITY CHARGE          _____

**SUB-TOTAL**          _____

**SUBTRACT –** (IF ANY)
OTHER BANK CHARGES          _____

**BALANCE**          $ _____

► SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could not only be with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.
You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 14 days from when the statement is first sent or made available to you.
You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.
All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.
Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.
The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.
When the Bank deems such action proper, the Bank may require that the account be closed.
The provisions hereof shall control, in event of conflict with any deposit slip or passbook.
The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

**SPECTRA BANK**

**2000 Handley Ederville Rd.**
**Ft. Worth, TX 76118**
**(817) 284-9598 - Member FDIC**

```
                                  0  -  01            PAGE  1
   NATURAL GAS VEHICLES TEXAS INC              ACCOUNT    XXXXXX390
   DBA AUTO CHECK
   10733 SPANGLER ROAD                           STATEMENT PERIOD
   DALLAS  TX 75220                           01/31/2023 TO 02/28/2023



---------------------- C H E C K I N G   S U M M A R Y ----------------------
          CHECKING              -  XXXXXX390
   CHECKING BALANCE LAST STATEMENT.......          126.25
                       DEPOSITS.............          .00
                       OTHER CREDITS........          .00
                       CHECKS..............          .00
                  1    OTHER DEBITS.........         9.99
   CHECKING BALANCE THIS STATEMENT.......         116.26
---------------------------- F E E   S U M M A R Y ----------------------------
   ACCOUNT ANALYSIS FEE                            9.99
                        TOTAL FEES IMPOSED         9.99
                             (LISTED BELOW)
--------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
   |                     |   TOTAL FOR |     TOTAL   |
   |                     |  THIS PERIOD|  YEAR-TO-DATE|
   --------------------------------------------------------
   |TOTAL OVERDRAFT FEES |       $0.00|        $0.00|
   --------------------------------------------------------
   |TOTAL RETURNED ITEM FEES|    $0.00|        $0.00|
   --------------------------------------------------------

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

   DATE.....AMOUNT....DESCRIPTION
   02/28       9.99 ACCOUNT ANALYSIS FEE

--------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

   DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
   02/28       116.26
```

# SPECTRA BANK

**2000 Handley Ederville Rd.
Ft. Worth, TX 76118
(817) 284-9598 - Member FDIC**

NATURAL GAS VEHICLES TEXAS INC
DBA AUTO CHECK
10733 SPANGLER ROAD
DALLAS  TX 75220

PAGE   2
ACCOUNT        XXXXXX390

STATEMENT PERIOD
01/31/2023 TO 02/28/2023

```
          ***SPECTRA BANK App now avail for iPhone and Android***
                   Check your App Store for the App

              ** INQUIRE ABOUT BILL PAY FOR CONSUMERS **

          SPECTRA BANK PRIVACY NOTICE IS AVAILABLE ON OUR WEBSITE
          AT: https://www.spectra.bank/index.cfm/privacy-policy
          PLEASE CALL 817-284-9598 TO RECEIVE PRIVACY NOTICE BY MAIL
```

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

**BANK BALANCE**
SHOWN ON THIS STATEMENT    $ _____

**ADD + (IF ANY)**
DEPOSITS NOT SHOWN
ON THIS STATEMENT    _____

**TOTAL**    _____

**SUBTRACT - (IF ANY)**
CHECKS OUTSTANDING    _____

**BALANCE**  $ _____
SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

**CHECKBOOK BALANCE**
AT STATEMENT DATE    $ _____

**SUBTRACT - (IF ANY)**
ACTIVITY CHARGE    _____

**SUB -TOTAL**    _____

**SUBTRACT - (IF ANY)**
OTHER BANK CHARGES    _____

**BALANCE**  $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first send or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in you account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.



**SPECTRA BANK**

2000 Handley Ederville Rd.
Ft. Worth, TX 76118
(817) 284-9598 - *Member FDIC*

```
                                    0  -  01              PAGE  1
NATURAL GAS VEHICLES TEXAS INC                  ACCOUNT     XXXXXX390
DBA AUTO CHECK
10733 SPANGLER ROAD                              STATEMENT PERIOD
DALLAS  TX 75220                          01/31/2023 TO 02/28/2023


---------------------- C H E C K I N G   S U M M A R Y --------------------
              CHECKING          -   XXXXXX390
CHECKING BALANCE LAST STATEMENT.......            126.25
                        DEPOSITS.............            .00
                        OTHER CREDITS........            .00
                        CHECKS...............            .00
                    1   OTHER DEBITS.........           9.99
CHECKING BALANCE THIS STATEMENT.......            116.26
--------------------------- F E E   S U M M A R Y --------------------------
   ACCOUNT ANALYSIS FEE                                  9.99
                        TOTAL FEES IMPOSED              9.99
                             (LISTED BELOW)
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES --------------
```

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
--------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------

DATE.....AMOUNT....DESCRIPTION
02/28      9.99 ACCOUNT ANALYSIS FEE

-------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------

DATE.......BALANCE       DATE.......BALANCE       DATE.......BALANCE
02/28      116.26
```

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

| | CHECKS OUTSTANDING | |
|---|---|---|
| | NO. | AMOUNT |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

BANK BALANCE
SHOWN ON THIS STATEMENT    $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT

TOTAL    _____

SUBTRACT - (IF ANY)
CHECKS OUTSTANDING    _____

BALANCE   $ _____
SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

CHECKBOOK BALANCE
AT STATEMENT DATE    $ _____

SUBTRACT - (IF ANY)
ACTIVITY CHARGE    _____

SUB -TOTAL    _____

SUBTRACT - (IF ANY)
OTHER BANK CHARGES    _____

BALANCE   $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first send or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in you account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.



**SPECTRA BANK**

2000 Handley Ederville Rd.
Ft. Worth, TX 76118
(817) 284-9598 - Member FDIC

PAGE   2

NATURAL GAS VEHICLES TEXAS INC              ACCOUNT        XXXXXX390
DBA AUTO CHECK
10733 SPANGLER ROAD                          STATEMENT PERIOD
DALLAS   TX 75220                         01/31/2023 TO 02/28/2023


***SPECTRA BANK App now avail for iPhone and Android***
Check your App Store for the App

** INQUIRE ABOUT BILL PAY FOR CONSUMERS **

SPECTRA BANK PRIVACY NOTICE IS AVAILABLE ON OUR WEBSITE
AT: https://www.spectra.bank/index.cfm/privacy-policy
PLEASE CALL 817-284-9598 TO RECEIVE PRIVACY NOTICE BY MAIL

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 days to do this, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

| | CHECKS OUTSTANDING | |
|---|---|---|
| | NO. | AMOUNT |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

BANK BALANCE
SHOWN ON THIS STATEMENT    $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT

TOTAL

SUBTRACT - (IF ANY)
CHECKS OUTSTANDING  _____

BALANCE   $ _____
SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

CHECKBOOK BALANCE
AT STATEMENT DATE    $ _____

SUBTRACT - (IF ANY)
ACTIVITY CHARGE  _____

SUB -TOTAL  _____

SUBTRACT - (IF ANY)
OTHER BANK CHARGES  _____

BALANCE   $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness".  If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts.  As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss).  This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.
You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first send or made available to you.
You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in you account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours.  This 60-day limitation is without regard to whether we used ordinary care.  The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.
All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.
Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.
The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.
 When the Bank deems such action proper, the Bank may require that the account be closed.
The provisions hereof shall control, in event of conflict with any deposit slip or passbook.
The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change.  The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.



**SPECTRA BANK**

2000 Handley Ederville Rd.
Ft. Worth, TX 76118
(817) 284-9598 - Member FDIC

```
                                       0  -  01                  PAGE  1
    NATURAL GAS VEHICLES TEXAS INC                    ACCOUNT      XXXXXX390
    DBA AUTO CHECK
    10733 SPANGLER ROAD                                  STATEMENT PERIOD
    DALLAS  TX 75220                                  01/31/2023 TO 02/28/2023


    ----------------------- C H E C K I N G   S U M M A R Y -----------------------
            CHECKING                        -   XXXXXX390
        CHECKING BALANCE LAST STATEMENT.......            126.25
                            DEPOSITS.............              .00
                            OTHER CREDITS........              .00
                            CHECKS...............              .00
                      1   OTHER DEBITS.........            9.99
        CHECKING BALANCE THIS STATEMENT.......            116.26
    ------------------------ F E E   S U M M A R Y ------------------------
        ACCOUNT ANALYSIS FEE                               9.99
                            TOTAL FEES IMPOSED            9.99
                                (LISTED BELOW)
    ---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
        -------------------------------------------------------------
        |                        |    TOTAL FOR |       TOTAL    |
        |                        |  THIS PERIOD|   YEAR-TO-DATE|
        -------------------------------------------------------------
        |TOTAL OVERDRAFT FEES    |      $0.00|         $0.00|
        -------------------------------------------------------------
        |TOTAL RETURNED ITEM FEES|      $0.00|         $0.00|
        -------------------------------------------------------------


    --------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

    DATE.....AMOUNT....DESCRIPTION
    02/28        9.99 ACCOUNT ANALYSIS FEE

    --------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

    DATE.......BALANCE         DATE.......BALANCE          DATE.......BALANCE
    02/28        116.26

    -------------------------------------------------------------------------------
```

# SPECTRA BANK

**2000 Handley Ederville Rd.**
**Ft. Worth, TX 76118**
**(817) 284-9598  -  Member FDIC**

|  |  |
|---|---|
| NATURAL GAS VEHICLES TEXAS INC | PAGE   2 |
| DBA AUTO CHECK | ACCOUNT       XXXXXX390 |
| 10733 SPANGLER ROAD | STATEMENT PERIOD |
| DALLAS  TX 75220 | 01/31/2023 TO 02/28/2023 |

```
***SPECTRA BANK App now avail for iPhone and Android***
          Check your App Store for the App

      ** INQUIRE ABOUT BILL PAY FOR CONSUMERS **

   SPECTRA BANK PRIVACY NOTICE IS AVAILABLE ON OUR WEBSITE
    AT: https://www.spectra.bank/index.cfm/privacy-policy
   PLEASE CALL 817-284-9598 TO RECEIVE PRIVACY NOTICE BY MAIL
```

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

| | CHECKS OUTSTANDING | |
|---|---|---|
| | NO. | AMOUNT |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

BANK BALANCE
SHOWN ON THIS STATEMENT        $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT        _____

TOTAL        _____

SUBTRACT - (IF ANY)
CHECKS OUTSTANDING        _____

BALANCE   $ _____
SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

CHECKBOOK BALANCE
AT STATEMENT DATE        $ _____

SUBTRACT - (IF ANY)
ACTIVITY CHARGE        _____

SUB -TOTAL        _____

SUBTRACT - (IF ANY)
OTHER BANK CHARGES        _____

BALANCE   $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first send or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in you account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer. by mailing or otherwise